HENRY M. RAU, Respondent, *v.* DANIEL S. McELROY et al., Appellants, Impleaded with Others.

*Rau v. McElroy*, 130 App. Div. 898, affirmed.
(Submitted March 4, 1910; decided March 22, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 23, 1909, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to foreclose a mortgage upon real property.

*Daniel Daly* for appellants.

*Leo G. Rosenblatt, M. S. Isaacs* and *I. S. Isaacs* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER, WILLARD BARTLETT and HISCOCK, JJ. Absent: CHASE, J.